# UNITED STATES NAVY-MARINE CORPS
## COURT OF CRIMINAL APPEALS
## WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, J.S. SMITH**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**CODY S. WEIR**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201400094**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 5 November 2013.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding Officer, 3d Battalion, 3d Marines, 3d Marine Division (-)(Rein), MCBH Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: LtCol K.T. Carlisle, USMC.
**For Appellant**: Maj Emmett S. Collazo, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 July 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court